UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRISTOPHER DEWAYNE G.,<br><br>  Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. 1:25-cv-00542-DKG<br><br>**ORDER RE: MOTION FOR EXTENSION OF TIME (DKT 16)** |

Before the Court is Plaintiff's second motion for extension of time to file an opening brief. (Dkt. 16). The basis for the requested extension is an unplanned leave of office which has affected workload. Defendant does not oppose the request. For the reasons stated therein, the motion will be granted in part to allow a limited extension of the date for filing an opening brief.

### ORDER

THEREFORE IT IS HEREBY ORDERED that the Motion for Extension of Time (Dkt. 16) is **GRANTED in part** and Plaintiff's opening brief is due **April 10, 2026**.

DATED: March 11, 2026

Honorable Debora K. Grasham
United States Magistrate Judge

ORDER - 1